IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EDMUND MAYE,**

    Plaintiff,

v.                                               CASE NO. 4:04-cv-00494-MP-AK

**JANE DOE,**

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Plaintiff's Motion to Voluntarily Dismiss Complaint and to Withdraw IFP. (Doc. 14). Plaintiff indicates that he wishes to dismiss his complaint if he can also withdraw his motion for in forma pauperis, presumably to stop the withdrawal of payments from his inmate account. Plaintiff is responsible for filing fees regardless of the disposition of his case and money will continue to be withdrawn from his inmate account until the filing fee is paid. If Plaintiff still wishes to dismiss his case, he should contact the Court on or before July 15, 2005, to advise the Court whether he wishes to proceed or not. The Court will reserve its ruling on the motion to dismiss until this time.

**DONE AND ORDERED** at Gainesville, Florida, this **28**[th] day of June, 2005.

                                                    s/ A. KORNBLUM
                                                  **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**