# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**EDMUND MAYE,**

    **Plaintiff,**

**v.**                                              **CASE NO. 4:04-cv-00494-MP-AK**

**JANE DOE,**

    **Defendant.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Voluntarily Dismiss Complaint. (Doc. 14). Plaintiff included in his motion the request that he be allowed to withdraw his motion for IFP also. The Court responded by Order dated June 28, 2005, that Plaintiff would be responsible for the full filing fee, even if he were to dismiss his case, and directed that he advise the Court whether he wanted to proceed or not by July 15, 2005. (Doc. 15 ). Plaintiff has not contacted the Court, and the Court will now **GRANT** Plaintiff's motion to dismiss this cause. This matter is hereby **DISMISSED WITH PREJUDICE.**

    **DONE AND ORDERED** this 27th day of July, 2005

            S/A Kornblum
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**