IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EDMUND MAYE,**

    **Plaintiff,**

v.                                                          **CASE NO. 4:04-cv-00494-MP-AK**

**JANE DOE,**

    **Defendant.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's letter/motion requesting return of the original complaint filed in this cause, which has now been dismissed. (Doc. 16). Plaintiff has not shown good cause for needing the original complaint removed from the official file in this action. Consequently, his motion (doc. 16) is **DENIED**. However, the Clerk's Office is directed to send him a certified copy of the complaint for his records.

**DONE AND ORDERED** this  **3rd**  day of August, 2005

*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**